```
 1  Tremayne J. Collier
    V-60930
 2  H.D.S.P. B1-130
    P.O.Box 3030
 3  Susanville, CA 96127

 4  Pro se
```

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07 5964

TREMAYNE J. COLLIER,

    Plaintiff,

vs.

TOM FELKER, Warden,

    Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Tremayne J. Collier, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  I did not work because this prison has failed to give me a
4  job.
5  
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.    Business, Profession or               Yes ___ No _x_
9            self employment
10     b.    Income from stocks, bonds,             Yes ___ No _x_
11           or royalties?
12     c.    Rent payments?                         Yes ___ No _x_
13     d.    Pensions, annuities, or                Yes ___ No _x_
14           life insurance payments?
15     e.    Federal or State welfare payments,     Yes ___ No _x_
16           Social Security or other govern-
17           ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 
21 
22 3.    Are you married?                           Yes ___ No _x_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____  Net $_____
27 4.    a.    List amount you contribute to your spouse's support:$ 0
28       b.    List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ___ No _x_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _x_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _See Prison Accounting Statement_

Do you own any cash? Yes ___ No _x_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _x_

_____

8. What are your monthly expenses?

Rent: $ _0_                                Utilities: _0_

Food: $ _0_                                Clothing: _0_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___ No ___  (my case is criminal)
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

★ November 6th, 2007                    *Tremayne Collier*
        DATE                            SIGNATURE OF APPLICANT