FILED

NOV 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

CV 07    5964

CW (PR)

3 of

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Collier, Tremayne J.__ for the last six months at

[prisoner name]

__High Desert State Prison__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __∅__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __∅__.

Dated:_____                         _____

[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 11/13/07
TRUST OFFICE

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

_____

[Authorized officer of the institution]

```
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            HIGH DESERT STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY  01, 2007 THRU NOV. 13, 2007

ACCOUNT NUMBER : V60930              BED/CELL NUMBER: FBB1T1000000130U
ACCOUNT NAME   : COLLIER, TREMAYNE   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------    -------     ---------  --------   -----------   -------

05/01/2007    BEGINNING BALANCE                                                 9.00

06/27  W512  LEGAL POSTAGE  4444 06/03                             1.82         7.18
07/17  W516  LEGAL COPY     CH 0201 06/26                          7.18         0.00


                             CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE       DESCRIPTION           COMMENT         HOLD AMOUNT
 --------    ----   ---------------------   ------------     -------------

 08/14/2007  H106   UNITED PARCEL SERVICE HOLD   0671 FEDEX         3.89
 10/19/2007  H109   LEGAL POSTAGE HOLD           1788 10/17         2.67
 10/26/2007  H118   LEGAL COPIES HOLD            1897 10/16        24.40
 10/26/2007  H118   LEGAL COPIES HOLD            1903 10/17        25.80

                             TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS  WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
 ---------   --------  -----------   -------     -------     ------------

    9.00       0.00       9.00         0.00       56.76          0.00


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                   56.76-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE