1  Name: Tremayne Collier
   CDC # V65930
2  Address: Kern Valley State Prison
   P.O. Box 5102 B3-130
3  Delano, CA. 93216

FILED
DEC 2 6 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE Northern DISTRICT OF CALIFORNIA

Tremayne Collier
(Plaintiff/Petitioner)

CV 07 5964 CW(PR)
18212502
(Case Number)

vs.

T. FEIKER (Warden)
(Defendant(s)/Respondent)

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff/Petitioner
(circle one)
(print name) Tremayne Collier hereby submits a change of address in the above-entitled case, as follows:

OLD ADDRESS: High Desert State Prison
P.O. Box 3030 B1-130
Susanville, CA. 96127

NEW ADDRESS: Kern Valley State Prison
P.O. Box 5102 B3-130
Delano, CA. 93216

DATED: November 27th, 2007

_Tremayne Collier_
Plaintiff/Petitioner
(signature)

**YOU MUST FILE AN ORIGINAL CHANGE-OF-ADDRESS FORM IN EACH OF YOUR OPEN CASES**

forms\address change (3/1/01)

VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Tremayne Collier, declare under the penalty of perjury that:

I am the Plaintiff in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this 28th day of November, 20 07, at Kern Valley State Prison, Delano, CA. 93216-5101.

                                        Tremayne Collier
                                              Declarant

..............................................................

DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Tremayne Collier, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [] I am / [] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled;

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows:

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this 28th day of November, 20 07, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

                                        Tremayne Collier
                                             Declarant

Thursday 4:15 PM
December 20th, 2007

To whom it may Concern,

I'm writing this letter in regards to my change of address. I attempted to notify you of this situation on november 28th, 2007. I put the wrong address on the envelope & it came back to me. I included the envelope to verify this. If you've sent me any paperwork in regards to my case between november 16th, 2007 & the present date of this letter. Can you please resend the paperwork to me at my new forwarding address. Your assistance in this matter would be highly appreciated.

Thank you
*Tremayne Collier*
Tremayne Collier

Tremayne Collier # V60930
Kern Valley State Prison
P.O. Box 5102  B3-113
Delano, CA. 93216

Rt. #
Cert. Init.
Date

☐ Forwarding Order Expired
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Illegible
☐ Vacant
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

United States District Court
Northern District of California
Mc Allister Street
San Francisco

NIXIE           941  CE  1           30  12/14/07
                RETURN TO SENDER
                NO SUCH NUMBER
BC: 9321551O202  UNABLE TO FORWARD
                *O256-09487-05-41

UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
02 1A
0004604192   NOV 29 2007
MAILED FROM ZIPCODE 93215

Case 3:07-cv-05964-SI   Document 4-2   Filed 12/26/2007   Page 1 of 1



BAKERSFIELD CA 983
MOJAVE CA
21 DEC 2007 PM 4 L

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102+3661

Tremayne Collier #V60930
Kern Valley State Prison
P.O. Box 5102 B3-130
Delano, Ca. 93216