EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,**<br><br>        Petitioner,<br><br>  v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>        Respondent. | C 07-5964 CW (pr) |
| **DANIEL MOORING,**<br><br>        Petitioner,<br><br>  v.<br><br>**J. WALKER, Warden,**<br><br>        Respondent. | C 07-5013 SI (pr)<br><br>**NOTICE OF RELATED CASE** |

  This is to give notice that the habeas corpus action in *Mooring v. Walker*, No. C 07-5013 SI (pr), is related to another pending habeas corpus action, *Collier v. Hedgpeth*, No. C 07-5964 CW (pr), within the meaning of Civil Local Rule 3-12.

  Mooring and Collier were co-defendants tried separately for murder and robbery in

1  San Francisco County Superior Court Case No. 182125.

2  Both petitioners have alleged on habeas corpus that the introduction of other crimes evidence violated their due process rights, that the prosecutor's late disclosure of a police report violated *Brady v. Maryland*, 373 U.S. 83 (1963), and that the introduction of a photograph of the victim while alive violated their due process rights.  Each petitioner also raises other claims on habeas corpus.

Because both actions involve the same incidents and some of the same legal claims, assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated:  March 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

40229094.wpd
SF2007403156

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Collier v. Hedgpeth, Warden**

No.:   **C 07-5964 CW PR**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>March 14, 2008</u>, I served the attached **NOTICE OF RELATED CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102  B3-130
Delano, CA  93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 14, 2008, at San Francisco, California.

| D. Desuyo | /s/   D. Desuyo |
|:---:|:---:|
| Declarant | Signature |

40229100.wpd