**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER: CV 07-05964 CW**
**CASE TITLE: TREMAYNE J. COLLIER-v-TOM FELKER**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable SUSAN ILLSTON**

   **X**  San Francisco Division

   ___  Oakland Division

   ___  San Jose Division for all further proceedings.

This case has been assigned the following new number: **C07-5964SI**

**All future filings should reflect this new number. The old number is no longer applicable to this case. Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:   3/26/08

FOR THE EXECUTIVE
COMMITTEE:

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:
Copies to:    Courtroom Deputies    Special Projects
Log Book Noted    Entered in Computer KK 3/26/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:    All Counsel - Pro Se Plaintiff via USPS
Transferor CSA