UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE COLLIER,<br><br>    Petitioner,<br><br>  v.<br><br>T. FELKER, warden,<br><br>    Respondent.<br>_____ / | No. C 07-5964 SI (pr)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This action was recently reassigned to the undersigned because it was related to another habeas action pending before the undersigned. Before this action was reassigned, Judge Wilken had issued an order to show cause setting a briefing schedule for the answer to the petition for writ of habeas corpus and for the traverse. The form orders used to reassign this action are unclear on whether the habeas briefing schedule was vacated automatically. In light of the possible confusion on that point, the court now vacates any existing briefing schedule and sets the following new briefing schedule:

1. Respondent must file and serve his answer on or before **May 2, 2008.**

2. Petitioner must file and serve his traverse on or before **June 13, 2008**.

IT IS SO ORDERED.

DATED: April 3, 2008

                                                                   SUSAN ILLSTON<br>
                                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COLLIER et al,

        Plaintiff,

v.

FELKER et al,

        Defendant.

Case Number: CV07-05964 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102 B3-130
Delano, CA 93216

Dated: April 4, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk