1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,** | C 07-5964 SI (PR) |
| Petitioner, | **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

20     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-
21  day extension of time, until July 1, 2008, in which to file a response to the petition for writ of
22  habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of
23  counsel.  We have not attempted to contact petitioner about this extension of time because he is
24  an incarcerated state prisoner who is representing himself.
25     WHEREFORE, respondent respectfully requests that this Court grant an extension of
26  time to and including July 1, 2008, in which to file an answer or other responsive pleading.
27  ///
28  ///

1  Dated: May 2, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9  /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
10  Attorneys for Respondent

11

12
40249156.wpd
13  SF2008400505

Motion to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus          Collier v. Hedgpeth, Warden
                                                                                  C 07-5964 SI (PR)

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,**<br><br>                                  Petitioner,<br><br>       v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>                                  Respondent. | C 07-5964 SI (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case. Respondent's answer or other responsive pleading is due May 2, 2008, pursuant to this Court's April 3, 2008 Order Setting Briefing Schedule. I am unable to meet this deadline, and request an enlargement of time to file a response to the petition for writ of habeas corpus for the following reasons.

I was not the attorney who handled this case on direct appeal. In the past 30 days, I have completed an answer to a petition for writ of habeas corpus in *Bedford v. Ayers* ( 06-0748 CW (PR)), a motion to dismiss a petition for writ of habeas corpus in *Weisner v. Evans* ( 07-

5509 SI (pr)), and a Ninth Circuit appellee's brief in *Ali v. Hickman* (07-16731). Due to my work on these other cases, I am unable to file the response in this case by the current deadline. Although completing the response in this case is my current priority, due to the numerous issues raised by petitioner and the large size of the trial record, I am asking for a full 60 days to complete the response out of an abundance of caution. For these reasons, I need additional time to complete the response in this case.

      I have not attempted to contact petitioner about this extension of time because he is an incarcerated state prisoner who is representing himself.

      Accordingly, I request that the Court grant respondent an extension of 60 days, to and including July 1, 2008, in which to file a response to the petition.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed at San Francisco, California, on May 2, 2008.

/s/ Michele J. Swanson  
MICHELE J. SWANSON  
Deputy Attorney General

40249161.wpd

SF2008400505

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus    Collier v. Hedgpeth, Warden    C 07-5964 SI (PR)

2

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,** | C 07-5964 SI (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **July 1, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If respondent files an answer and petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer. If respondent files a motion to dismiss and petitioner wishes to respond, he shall do so by filing an opposition or statement of non-opposition with the Court and serving it on respondent within 30 days of his receipt of the motion. If respondent wishes to reply to the opposition, he shall do so by filing a reply with the Court and serving it on petitioner within 15 days of his receipt of the opposition.

IT IS SO ORDERED.

Dated: _____     _____
                                           The Honorable Susan Illston

[Proposed] Order                                           Collier v. Hedgpeth, Warden
                                                           Case No. C 07-5964 SI (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Collier v. Hedgpeth, Warden**

No.:   **C 07-5964  SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On May 2, 2008, I served the attached **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102  B3-130
Delano, CA  93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2008, at San Francisco, California.

|   D. Desuyo   |   /s/   D. Desuyo   |
|:-:|:-:|
| Declarant | Signature |

40249232.wpd