UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE COLLIER, | No. C 07-5964 SI (pr) |
|     Petitioner, | **ORDER SETTING BRIEFING SCHEDULE** |
|     v. | |
| T. FELKER, warden, | |
|     Respondent. | |

Respondent has filed an <u>ex parte</u> request for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Michele Swanson, the court GRANTS respondent's request. (Docket # 10.) Respondent must file and serve his answer to the petition for writ of habeas corpus no later than **July 11, 2008**. Petitioner must file and serve his traverse no later than **August 22, 2008.**

If respondent chooses to move to dismiss instead of filing an answer, he must file and serve his motion to dismiss by **July 11, 2008**. Petitioner must file and serve his opposition to the motion by **August 22, 2008**. Respondent must file his reply brief, if any no later than **September 12, 2008**.

IT IS SO ORDERED.

DATED: May 8, 2008

                                                        SUSAN ILLSTON
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COLLIER et al,

        Plaintiff,

v.

FELKER et al,

        Defendant.
_____/

Case Number: CV07-05964 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102 B3-130
Delano, CA 93216

Dated: May 9, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk