1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8 |   Email:  Michele.Swanson@doj.ca.gov

9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**TREMAYNE J. COLLIER,**

                Petitioner,

  v.

**ANTHONY HEDGPETH, Warden,**

                Respondent.

C 07-5964 SI (PR)

**NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)**

      Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

| EXHIBIT | TITLE |
|---|---|
| 1A to 1I | State Court Clerk's Transcript |
| 2A to 2R | State Court Reporter's Transcript (Vol. 1-18) |
| 3A to 3R | State Court Reporter's Transcript (Misc. by date) |
| 4 | Opinion of the California Court of Appeal |
| 5 | Petition for Review filed in California Supreme Court |

| EXHIBIT | TITLE |
|---|---|
| 6 | Order of California Supreme Court denying review |

Dated: June 25, 2008

        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/  Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20117840.wpd
SF2008400505

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Collier v. Hedgpeth, Warden**

No.:  **C 07-5964  SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On June 25, 2008, I served the attached **NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102  B3-130
Delano, CA  93216


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 25, 2008, at San Francisco, California.


|  D. Desuyo | /s/   D. Desuyo |
|---|---|
| Declarant | Signature |

20118568.wpd