1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
| | |
|---|---|
| **TREMAYNE J. COLLIER,** | C 07-5964 SI (PR) |
| Petitioner, | **APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

20

21         Pursuant to Civil L.R. 7-10(b), respondent hereby requests leave to file a brief in

22  excess of 25 pages, or 42 pages in all.  Good cause for filing the oversized brief is set forth in the

23  accompanying declaration of counsel.

24  ///

25  ///

26  ///

27  ///

28  ///

1   Dated: June 25, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6   

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8

9   /s/ Michele J. Swanson
    MICHELE J. SWANSON
10  Deputy Attorney General
    Attorneys for Respondent

11

12  20118266.wpd
13  SF2008400505

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,**<br><br>                              Petitioner,<br><br>   v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>                              Respondent. | C 07-5964 SI (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

    I, MICHELE J. SWANSON, declare under penalty of perjury:

    I am a Deputy Attorney General for the State of California.  I prepared the Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas Corpus.

    Petitioner filed a 71-page Petition for Writ of Habeas Corpus.  The Court found all twelve of the claims raised in the petition cognizable.

    I responded to each of petitioner's claims as succinctly as possible in our brief. Several claims required a detailed discussion of the state court proceedings in order to analyze

1 the legal issues in factual context. Also, because petitioner did not specifically address the
2 impact of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) in his petition, it
3 was necessary to set forth the applicable standard of review both generally and as it applied to
4 the specific claims.
5     The state has an obligation to present this Court with all relevant arguments in order to
6 ensure that the final decision does justice to all parties. In order to meet that obligation, I
7 respectfully request leave to file a brief in excess of 25 pages, or 42 pages in all.
8     I declare under penalty of perjury that the foregoing is true and correct.
9     Executed at San Francisco, California, on June 25, 2008.

                            /s/ Michele J. Swanson
                            MICHELE J. SWANSON
                            Deputy Attorney General

20118269.wpd
SF2008400505

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TREMAYNE J. COLLIER,** <br><br> Petitioner, <br><br> v. <br><br> **ANTHONY HEDGPETH, Warden,** <br><br> Respondent. | C 07-5964 SI (PR) <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, respondent's request for leave to file a brief in excess of 25 pages is granted. Respondent's Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas Corpus, 42 pages in all, shall be filed by the Clerk of this Court.

Dated: _____   _____
                                          The Honorable Susan Illston

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Collier v. Hedgpeth, Warden**

No.:     **C 07-5964  SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On June 25, 2008, I served the attached **APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tremayne Collier
V-60930
Kern Valley State Prison
P.O. Box 5102  B3-130
Delano, CA  93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 25, 2008, at San Francisco, California.

|  D. Desuyo  |  /s/   D. Desuyo  |
| :---: | :---: |
| Declarant | Signature |

20118573.wpd