

**FILED**
AUG 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tuesday 1:25 PM
August 12th, 2008

To Whom it May Concern,

    I'm writing this letter in regards to case # C07-5964 SI. On June 30th, 2008 I mailed a motion to "Request for Permission to file a 86 page Traverse & Traverse" along with proof of service through U.S. mail via KVSP out going mail process. Complete with a Correctional officers Signature & labeled as legal mail. As of yet, I've not received verification from the Courts. That the U.S. District Court - Northern District of California has received these legal documents from. Can you please send me verification that the Courts have received these documents in regards to the above mentioned case.
    Thank you for your assistance in this matter.

Respectfully,
Tremayne Collier
*Tremayne Collier*

/



BAKERSFIELD CA 933
MOJAVE CA
14 AUG 2008 PM 4 T

Office of the clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, Ca. 94102

Tremayne Collier #V60930
Kern Valley state Prison
P.O. Box 5102 B3-206
Delano, Ca. 93216

**Kern Valley State Prison
Facility B, Building 3**

Legal Mail