**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE COLLIER,<br><br>    Petitioner,<br><br>    v.<br><br>T. FELKER, warden,<br><br>    Respondent.<br>_____ / | No. C 07-5964 SI (pr)<br><br>**ORDER PERMITTING LENGTHY BRIEFS** |

    Respondent has filed an ex parte application to file a 41-page memorandum of points and authorities in support of his answer to the petition for writ of habeas corpus and petitioner has filed an ex parte application to file an 86-page traverse. Upon due consideration, the court GRANTS the applications to file lengthy briefs. (Docket # 14, # 15, and # 17.) The 41-page brief filed by respondent on June 25, 2008, and the 86-page traverse filed by petitioner on July 3, 2008, are permitted. The petition remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: January 26, 2009

                                            _____
                                            SUSAN ILLSTON
                                            United States District Judge