United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE J. COLLIER, | No. C 07-5964 SI (PR) |
| Petitioner, | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY; DENYING MOTION TO APPOINT COUNSEL** |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. _____/ | (Docket Nos. 23 & 25) |

The Court denied Petitioner's petition for writ of habeas corpus on August 10, 2009. Presently before the Court are Petitioner's request for a certificate of appealability (Docket No. 23) and his motion for the appointment of counsel on appeal (Docket No. 25).

Petitioner's request for a certificate of appealability will be denied. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability (Docket No. 23) and the motion for the appointment of counsel on appeal (Docket No. 25) are hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket Nos. 23 & 25.

**IT IS SO ORDERED.**

DATED:   October 28, 2009

SUSAN ILLSTON
United States District Judge